IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DUOP KEK YIEL, LIEP KEK YIEL, MUMINFIDADYA KUWA, and TILIAN JOHN TILIAN,<br><br>　　　　　　　Defendants. | **4:22CR3118**<br><br>**ORDER** |

　　　　The court held a telephonic conference on April 4, 2023. Defendant Liep Kek Yiel has moved to set a pretrial motion deadline. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

　　　　IT IS ORDERED:

1)　　Defendant Liep Kek Yiel's motion is granted.

2)　　As to all defendants, pretrial motions and briefs shall be filed on or before May 18, 2023.

3)　　The time between today's date and May 18, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 4, 2023.　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge