IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiffs, | **Case No. 4:22CR3118** |
| vs. | |
| DUOP KEK YIEL | **Order** |
| Defendants. | |

Before the Court is the non-party request for transcript of pretrial hearings held on September 26, 2022, Status Conference held on November 9, 2022, and Change of Plea held August 16, 2023.

IT IS ORDERED:

1.      The request for transcript, filing [245] is granted.

2.      Guang Gatwech, is advised that the cost of the transcripts is $ 288.20 To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $288.20, a refund check will be issued.

3.      Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearings held on September 26, 2022, November 9, 2022, and August 13, 2026. A copy of this order should also be mailed to Guang Gatwech, 2860 W. Peach St., Lincoln, NE 68522.

DATED: July 10, 2026

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge