IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

                Plaintiffs,

    vs.

DUOP KEK YIEL

                Defendants.

**Case No. 4:22CR3118**

**AMENDED ORDER**

Before the Court is the non-party request for transcript of pretrial hearings held on September 26, 2022, Status Conference held on November 9, 2022, and Change of Plea held April 28, 2023.

IT IS ORDERED:

1.      The request for transcript, filing [245] is granted.

2.      A transcript has already been prepared and filed as it relates to the Change of Plea hearing on April 28, 2023. It can be found on CM/ECF at Filing No. 109. The Clerk can provide a copy of the transcript for a cost of $10.50 or a copy can be requested directly from Sue Devetter at suedevetter@yahoo.com. Guang Gatwech  will be responsible for that transcript cost.

3.      Guang Gatwech, is advised that the cost of the transcripts for the September 26, 2022 and November 9, 2022 hearings is $ 144.10. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $144.10, a refund check will be issued.

4.      Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearings held on September 26, 2022, November 9, 2022, and provide a copy of the transcript of the April 28, 2023 hearing. A copy of this order should also be mailed to Guang Gatwech, 2860 W. Peach St., Lincoln, NE 68522.

DATED: July 13, 2026

BY THE COURT:


s/ Jacqueline M. DeLuca
United States Magistrate Judge