IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DUOP KEK YIEL,

Defendant.

4:22-CR-3118

ORDER

IT IS ORDERED:

1.    The Request for Transcript (filing 245) is granted as to the August 16, 2023 Sentencing Hearing.

2.    The Clerk's Office shall provide a copy of this order to the party requesting the sentencing transcript.

3.    The requestor shall be responsible for the cost of the sentencing transcript.

4.    The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 13th day of July, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or lggrmrcrr@gmail.com.